# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK OMOYUMA SILVER,
Appellant,

vs.

CANDICE KATIE TOWNER,
Respondent.

No. 84467

**FILED**

APR 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying an objection to a substitution of counsel for respondent. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows an appeal from an order denying an objection to a substitution of counsel. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                          Herndon

---

[1]Given this dismissal, this court takes no action in regard to the motion filed on April 11, 2022.

22-12134

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Frederick Omoyuma Silver
Candice Katie Towner
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A